# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

MIRLA CATALINA BERMUDEZ SALAS,   )
                                       )
     Petitioner,                )
                                       )
v.                                   )       Case No. CIV-26-178-D
                                       )
FRED FIGUEROA,             )
                                       )
     Respondent.            )

## ORDER

The Court previously ordered Petitioner to file an amended petition, either signed by herself, if proceeding *pro se*, or signed by a licensed attorney. Any amended petition was to be filed on or before March 1, 2026. [Doc. No. 5]. The Court further warned Petitioner that failure to timely amend her petition would "likely result in dismissal of this action." *Id.* at 4.

To date, Petitioner has not amended her petition as ordered by the Court. For this reason, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 31st day of March, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge